UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARY JO NOVAK

    Debtor(s)　　　　　　　　　　CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE　　　　　　　　CASE NO: 5-23-01816-MJC
    Movant
vs.
MARY JO NOVAK

    Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on November 16, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on August 10, 2023.

2. A hearing was held and an Order was entered on October 19, 2023 directing that an amended plan be filed within fourteen (14) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

    Respectfully submitted,

    /s/ Agatha R. McHale, Esquire
    Id: 47613
    Attorney for Movant
    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    Suite A, 8125 Adams Drive
    Hummelstown, PA 17036
    Phone: 717-566-6097
    email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARY JO NOVAK

        Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

MARY JO NOVAK

        Respondent(s)

CHAPTER 13

CASE NO: 5-23-01816-MJC

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

U.S. Bankruptcy Court  
Max Rosenn U.S. Courthouse  
Courtroom #2  
197 S. Main Street  
Wilkes Barre, PA 18701

Date: December 14, 2023

Time: 10:00 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date: November 16, 2023

/s/ Agatha R. McHale, Esquire  
Id: 47613  
Attorney for Trustee  
Jack N. Zaharopoulos  
Standing Chapter 13 Trustee  
Suite A, 8125 Adams Dr.  
Hummelstown, PA 17036  
Phone: (717) 566-6097  
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARY JO NOVAK

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-23-01816-MJC

vs.

MARY JO NOVAK

Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 16, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically
JOHN FISHER
126 SOUTH MAIN STREET
PITTSTON, PA 18640

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by 1st Class Mail
MARY JO NOVAK
337 EAST GREEN STREET
NANTICOOKE, PA 18634

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 16, 2023

/s/ Vickie Williams
Office of Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARY JO NOVAK

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

MARY JO NOVAK

CASE NO: 5-23-01816-MJC

Respondent(s)

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.