United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-01816-MJC |
| Mary Jo Novak | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: AutoDocke            Page 1 of 2

Date Rcvd: Dec 08, 2023            Form ID: pdf010            Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Cheryl Guziczek, Bankruptcy Specialist, Cavalry Portfolio Services LLC, PO Box 4252, Greenwich CT 06831-0405 |
| | + | Officer, Managing or General Agent, or Agent, Authorized to Receive Service of Process, Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400,, Valhalla, NY 10595-2321 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5560061 | + Email/Text: bankruptcy@cavps.com | Dec 08 2023 18:51:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2023          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2023 at the address(es) listed below:

**Name**          **Email Address**

Jack N Zaharopoulos
     TWecf@pamd13trustee.com

John Fisher
     on behalf of Debtor 1 Mary Jo Novak johnvfisher@yahoo.com fisherlawoffice@yahoo.com

Michael Patrick Farrington
     on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans

Structured Transaction Trust, Series 2019-3 mfarrington@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MARY JO NOVAK | : | Chapter 13 |
| Debtor, | : | |
| | : | Case No. 5:23-bk-01816-MJC |
| MARY JO NOVAK, | : | |
| Objector(s), | : | Objection to Proof of Claim |
| v. | : | |
| CAVALRY SPV I, LLC, AS ASSIGNEE OF | : | |
| HSBC BANK NEVADA, N.A./BEST BUY | : | |
| Claimant | : | |

## ORDER SUSTAINING OBJECTION TO
## PROOF OF CLAIM NO. 1 OF CAVALRY SPV I, LLC

Upon consideration of Debtor's Objection to Proof of Claim No. 1 of Cavalry SPV I, LLC, assignee of HSBC Bank Nevada, N.A., Dkt. # 21 ("Objection"), no responses having been filed thereto, it is hereby **ORDERED** that the Objection to Proof of Claim No. 1 be and is hereby **SUSTAINED**. It is further **ORDERED** that Proof of Claim No. 1 be and is hereby **DISALLOWED** in its entirety.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: December 8, 2023