UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| In re:<br><br>**Mary Jo Novak**<br>      Debtor.<br>**Mary Jo Novak**<br>      Movant<br>   v.<br>**Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3**<br>      Respondents. | Bankruptcy **5:23-bk-01816-MJC**<br><br>Chapter **13**<br><br>Related to Doc. No. **42** |

### LIMITED RESPONSE TO MOTION FOR SALE UNDER SECTION 363(B)

Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 ("Secured Creditor"), by and through its undersigned attorney, hereby files its Limited Response to Motion for Sale under Section 363(b) ("Motion") (DE#42) and in support thereof states as follows:

1. Secured Creditor holds a first lien on the subject property located at 337 E Green Street, Nanticoke, Pennsylvania 18634 (the "Property").

2. This Court has exclusive jurisdiction over the property in question under 28 USC Section 1334.

3. On August 8, 2024, the Debtor filed the instant Motion to Sell Property (the "Motion"). The Debtor's Motion seeks the Court's approval to sell the Subject Property for $80,000.00 (the "Proposed Sale Price").

4. The estimated payoff of Secured Creditor's lien is $ 63,336.75 as of August 16, 2024. To obtain a formal payoff for closing the Debtor should contact the servicer, Select Portfolio Servicing, at 1-800-258-8602 for an updated payoff at or near the scheduled closing of the sale.

5. Secured Creditor does not object to the Debtor's Motion to the extent that any sale is subject to Secured Creditor's lien and that Secured Creditor's lien will be paid in full at the closing of said sale based upon an up to date payoff quote.

6. Furthermore, Secured Creditor requests that failure to complete any sale within 90-days of entry of this Order will result in any Order authorizing the sale to be deemed moot.

7. Secured Creditor reserves the right to supplement this response at or prior to any hearing on this matter.

**WHEREFORE**, Secured Creditor respectfully requests entry of an order in compliance with the above conditions and for such other and further relief as the Court deems just and proper.

Dated: August 19, 2024

**Robertson, Anschutz, Schneid,　Crane & Partners, PLLC**
Attorney for Secured Creditor
130 Clinton Rd, Lobby B,
Suite 202,
Fairfield, NJ 07004
Telephone: 817-873-3080
By: /s/ Michelle L. McGowan
Michelle L. McGowan, Esquire
Pennsylvania Bar No. 62414
Email: mimcgowan@raslg.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| In re: | Bankruptcy **5:23-bk-01816-MJC** |
| **Mary Jo Novak** <br>       Debtor. | Chapter **13** |
| **Mary Jo Novak** <br>       Movant <br>     v. <br> **Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3** <br>       Respondents. | Related to Doc. No. **42** |

## CERTIFICATE OF SERVICE

    I certify under penalty of perjury that I served the above captioned pleadings at the addresses specified below on **August 19, 2024**

    The types of service made on the parties were:

By First-Class Mail:

Mary Jo Novak
337 East Green Street
Nanticooke, PA 18634

John Fisher
126 South Main Street
Pittston, PA 18640

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

**Robertson, Anschutz, Schneid,
Crane & Partners, PLLC**
Attorney for Secured Creditor
130 Clinton Rd, Lobby B,
Suite 202,
Fairfield, NJ 07004
Telephone: 817-873-3080
By: /s/ Michelle L. McGowan
Michelle L. McGowan, Esquire
Pennsylvania Bar No. 62414
Email: mimcgowan@raslg.com