

The Law Office of
# ATTORNEY JOHN FISHER LLC
126 South Main Street, Pittston, Pennsylvania 18640
TEL: (570) 569-2154 • FAX: (570) 569-2167

February 11, 2025

Clerk, U.S. Bankruptcy Court
228 Walnut Street
PO Box 908
Harrisburg, PA 17108-0908

        Re: Mary Jo Novak
        5:23-bk-01816

Dear Clerk,

Please be advised that the address for the above referenced debtor has changed. Please update the case data to reflect the new address:

Old Address:

Mary Jo Novak
337 East Green Street
Nanticoke PA 18634

New Address:

Mary Jo Novak
244 Trapper Springs Lane
Drums PA 18222

Thank you,
John Fisher, Esq