Certificate Number: 17082-PAM-DE-039618730

Bankruptcy Case Number: 23-01816



17082-PAM-DE-039618730

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 2, 2025, at 6:33 o'clock AM MST, MARY JO NOVAK completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 2, 2025

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director